UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff/Respondent,

v.

JAMES WIGGINS,

                Defendant/Petitioner.

_____/

Criminal Case No. 2:16-cr-20664-1
Civil Case No. 2:20-cv-10019

HONORABLE STEPHEN J. MURPHY, III

## **JUDGMENT**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated June 9, 2021, Defendant/Petitioner's claims are dismissed with prejudice.

                    KINIKIA ESSIX
                    CLERK OF THE COURT

                    BY: s/ D. Parker
                    Deputy Clerk

Dated: June 9, 2021

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 9, 2021, by electronic and/or ordinary mail.

                    s/ David P. Parker
                    Case Manager